RECEIVED
SDNY PRO SE
2022 MAR 28

U.S. DISTRICT COURT OF NEW YORK SOUTHERN DIVISION

CASSADAY, KEVIN                              - PLAINTIFF

VS,

TRUMP ORGANIZATION                       - DEFENDANT
DONALD   TRUMP - IVANKA TRUMP KUSHNER

2022 MAR 24  PM 3:01
RECEIVED
U.S. COURT OF APPEALS

CRIMINAL COMPLAINT

The Pltf. brings this as the above Def. was

in reciept of allegedly funneled bribes from a Andrew

Liveris which is a foreign national of Australia via

Dow Chemical Company which is not allowed in government.

In 2018 an amount of $1,000,000.00 U.S. was given

to the Trump family which was used at the venue of

innaguration celebrations after innaguration. THE Funds were

funneled into the above Def. organization.


Page 1 of 2

ASSOCIATED CASES:

Filed in Western District of MI U.S. court

Cassaday vs. Trump - 1:21-cu-710

JURISDICTION:

It is believed this is the proper court jurisdiction as it

is believed the Def. org. is in this district.

FEES:

Pltf. is on a means tested income but actually has none in

his current situation.

Pltf. LOCATION:                          CHAGE OF ADDRESS (when allowed)
                                         (Please keep under seal)

Newaygo County Jail
300 Williams St                          4819 N. Stark Rd
P.O. Box 845                             Hope, MI 48628
White Cloud, MI 49349

AFFIDAVIT:
These documents are true & correct under penalty & perjury
Page 2 of 2                3-20-2022        Kevin Cassaday #9178

GRAND RAPIDS MI 493

★ Retail 28 MAR 2022 · PM 1 · L

USA ★ FOREVER

★ Legal Mail

USMID
SDNY

U.S COURT CLERK
40 Centre St., 18th Floor
New York, NY 10007

10007-1507



Cassaday
NCT
300 Williams St.
P.O. Box 845
White Cloud, MI 49349

RECEIVED
SDNY PRO SE OFFICE
2022 MAR 28 AM 10:14