SOUTHERN DISTRICT OF NY U.S. DISTRICT COURT

| CASSADAY, KEVIN | vs | TRUMP ORG., et al |
|---|---|---|
| PLAINTIFF | | DEFENDANTS |

CASE # 1:22-cv-2496

ADDITIONAL DEF'S

1. DONALD TRUMP

2. RUDY GIULIANI

ADDITIONAL COMPLAINT:

IT IS ALLEGED THE 45TH PRESIDENT USED HIS PRESIDENTIAL INFO FOR INSIDER TRADING, ESPECIALLY WITHIN WORKHORSE GROUP PLUS OTHERS & PLTF. TAKES LEAVE TO THE FULL EXTENT TO THE COURTS.

IT IS ALLEGED THE 45TH PRES. WAS PRESENT IN THE INFAMOUS TRUMP TOWER MEETING WITH FOREIGN NATIONALS IN 2016 - OR 2015 DEVISING & CONSPIREING HOW TO OVERTHROW AMERICANS & AMERICA, & SUCH MAY ALL

Page 1 of 4

1:22-cv-2496

MAY LINK TO RUSSIA & PRES. PUTIN, & THE WAR IN UKRAINE MAY HAVE BE THE COVERUP OF DISTRACTION, TO PROVOKE 'DEMOCRATES' INTO A WAR TO RUN THEM DOWN IN ORDER TO GAIN VOTES FOR REPUBLICANS.

RUDY GIULIANI KEPT MEETING WITH TWO RUSSIAN OLIGARCS IN UKRAINE & THOSE TWO OLIGARCS MOST LIKELY LINK TO PUTIN, THE 45TH PRESIDENCY WAS AN ATTEMPTED COUP FROM DAY ONE ON & IN AMERICA.

WHEN DONALD TRUMP WAS ELECTED HE HAD A MEETING IN TRUMP TOWER WITH A KANYE WEST & IT IS ALLEGED THEY CONSPIRED FOR KANYE TO RUN FOR PRES. IN 2020 IN ATTEMPT TO STEAL VOTES FROM THE DEM'S.

I KNOW AS THE PLTF, THIS ALL SOUNDS CRAZY, BUT WHO DOES THAT FALL ON? PLTF. BECAUSE HE WAS AWARE? OR THE ACTUAL ONES WHO CONJURED & ACTED ON THE ALLEGED CONDUCT?

THE SPECIAL HEARING IN DEC. 2020 WITH RUDY GUILIANI & MI STATE LEGISLATORS MAY HAVE BEEN APPROVED BY THE 45TH PRES. AS

Page 2 of 4

1:22-cv-2496

THAT HEARING WAS A MOCKERY OF THIS PLTF. & CASES FILES

BY PLTF. IN THE WESTERN DIST. OF MI U.S. DIST. COURT DESCRIBES

TO SOME EXTENT 1:21-CV-718 CASSADAY VS. MIKE SHIRKEY, & AGAIN

1:21-CV-710 CASSADAY VS. TRUMP, 1:21-CV-722 CASSADAY VS DOW CHEMICAL CO.

THAT CONDUCT WAS AN ATTEMPT TO WITH THE PLTF. 25 USC §173 AS

THE DEF.'S & FAMILY WERE RUNNING A CIVIL WAR UPON AMERICA.

IT IS ALLEGED THE 45TH IS A WHITE SUPREMECIST, & MAY EVEN BE PART OF

A KLAN OF SOME KIND.

THE 45TH PRES. & HIS FAMILY WERE ROBBING AMERICA & ARE TO BLAME FOR

THE INFLATION IN 2022 AS THEY BORROWED AROUND $6.7 TRILLION IN 2020

TO FLOAT THE STOCK MARKET, & BRIBE ELITES ON AMERICAN WORKERS DOLLAR & BACKS..

THE 45TH PRES. IS A PATHALOGICAL LIER, HE IS A PROJECTIONEST &

THE WESTERN DIST OF MI HAS A VIDEO OF DONALD BLAMING THE DEMS.

FOR COVID-19, SHOWING THE 45TH KNEW WHAT HE WAS OR HAD DONE

Page 3 of 4

1:22-cv-2496

THE 45TH PRES. ALSO BLAMED HIS OPPONENT OF 2016 & 2020 FOR SPYING ON HIS ELECTION IN WHICH THAT MEANS THE PROSECUTION DID EXACTLY THAT IN TWO U.S. PRESIDENTIAL ELECTIONS MAKING WATERGATE LOOK SMALL INCOMPARISON.

THE TRUMP FAMILY & ORGANIZATION ARE A CORRUPT ORGANIZATION.

RELIEF SOUGHT:

1. SEIZE ALL CASH & ASSETS, DISOLVE ALL ASSETS 50% WILL OR SHOULD GO TO PLTF. & THE OTHER HALF TO BE DONATED OF PLTFS CHOICE TO BE DETERMINED ON LATER DATE.

2. THE VIOLATORS SHALL FALL UNDER U.S. CONST. ARTICLE 13 AS A PENALTY

3. TELL THE WORLD THE TRUTH ABOUT THE TRUMP NAME & FAMILY

AFFIDAVIT: THESE DOCUMENTS ARE TRUE & CORRECT UNDER PENALTY & PERJURY

4-20-2022      Kevin Cassaday #9178

Page 4 of 4

SOUTHERN DISTRICT OF N.Y. - U.S. DISTRICT COURT

NOTICE:

THIS NOTICE IS IN REGARD TO A RECENT ORDER WITHIN THE 6TH CIR. COURT OF APPEALS CASE # 21-1636 CASSADAY VS. U.S. GOV. GRANTING MR. CASSADAY TO PROCEED IN FORMA PAUPERIS.

MR. CASSADAY IS UN-CONVICTED AS WELL.

ASSOCIATED CASES:

1:22-cv-2495   CASSADAY vs. PFIZER INC.

1:22-cv-2496   CASSADAY vs. TRUMP ORG, et al

4-20-2022        Kevin Cassaday ★ 9178

Page 1 of 1

Cassaday
NCT
300 Williams St.
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493

RECEIVED Rtn 2Sue PR 2022
SDNY PRO SE OFFICE

2022 APR 25 PM 2:31

CLERK OF U.S. COURT
SDNY
500 Pearl St.
New York, NY 10007

*legal mail

10007-131699